# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ENRIQUE CARDOZA MARTINEZ ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:26–CV–04869–DJC–AC** |
| v. | |
| **MINGA WOFFORD ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

   **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY
   ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED
   ON 7/3/2026 .**


ENTERED:   **July 3, 2026**          /s/  **Keith Holland**
                                     Clerk of Court